Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>Dollar Tree Stores, Inc. DBA Dollar Tree Stores #1734,<br><br>Defendant. | Civil Action No: 17-cv-01149-GMN-GWF<br><br>**[PROPOSED] STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate that the above-entitled Action be dismissed with prejudice each party to bear its own fees and costs and each party to take nothing from this Action.

/ / /

**RESPECTFULLY** submitted this 25th day of August, 2017.

/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

/s/ Gregory F. Hurley
Gregory F. Hurley
SHEPPARD MULLIN
RICTER & HAMPTON, LLP
650 Town Center Dr., 4th Floor
Costa Mesa, CA 92626
*Attorney for Defendant*

## **ORDER**

ORDERED, dismissing this action with prejudice, each side bearing its own fees and costs and each side to take nothing.

Signed this __30__ day of August, 2017.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT